**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 155 EAL 2015
                                              :
                Respondent       :
                                               : Petition for Allowance of Appeal from the
                                               : Order of the Superior Court
                v.                        :
                                               :
                                               :
JONATHAN PENA,                                :
                                               :
                Petitioner           :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 21st day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.